# Court of Appeals
# of the State of Georgia

ATLANTA,   June 02, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1687. WAYNE LONGE v. ATLANTA CIVIL SERVICE BOARD.**

Appellant Wayne Longe was terminated from his employment as a City of Atlanta police officer, and the termination was affirmed by the Atlanta Civil Service Board. Longe filed a petition for certiorari in the superior court, which affirmed the Board's ruling. Longe filed this direct appeal from the superior court's order.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . local administrative agencies . . . by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal. See *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). Because Longe failed to comply with the discretionary appeal procedure, we lack jurisdiction to address this appeal, which is hereby DISMISSED



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/02/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*